373 A.2d 1123

Commonwealth v. Gockley, Appellant.

Submitted February 2, 1976. William F. Ochs, Jr., Public Defender, for appellant; Grant E. Wesner, Deputy District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.